IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS GONÁLEZ MAGALLÓN, Consul General of Mexico and Next Friend of Angel Maturino Resendiz<br>Plaintiff,<br><br>v.<br><br>BRAD LIVINGSTON, *et al.*,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-06-0818 |

## **ORDER**

On April 28, 2006, this Court denied Carlos González Magallón ("the Consul General") leave to file a lawsuit as the "next friend" of Angel Maturino Resendiz. (Docket Entry No. 13). The Consul General has filed a motion pursuant to FED. R. CIV. P. 59(e) seeking the alteration of a typographical error and the revocation of this Court's dismissal of his case. This Court finds that the Consul General's request to alter a typographical error is well taken. The Court clarifies that the Consul General lacks standing to proceed under "*next* friend" status. This Court, however, reconfirms its dismissal of this action.

SIGNED on May 4, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge