IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS GONÁLEZ MAGALLÓN, | § | |
| Consul General of Mexico and Next | § | |
| Friend of Angel Maturino Resendiz, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-818 |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ON REMAND**

Pursuant to the Order of the United States Court of Appeals for the Fifth Circuit issued on June 16, 2006, this court will allow Angel Maturino Resendiz to file an appropriate motion to be substituted as the proper plaintiff in this action. Resendiz faces an execution date of June 27, 2006. To allow time to address issues related to the civil-rights complaint filed in Resendiz's behalf, this court orders Resendiz to file his motion on or before June 22, 2006.

The Clerk will deliver a copy of this Order to the parties by mail and facsimile, including to Resendiz's current attorney, Robert C. Owen, at P.O. Box 40428, Austin, Texas 79704 – facsimile number (512) 804-2685.

SIGNED on June 19, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge