IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGEL MATURINO RESENDIZ | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-CV-818 |
| | § | |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
|     Defendants. | § | |

## **ORDER**

Angel Maturino Resendiz has filed a Motion to Substitute Real Party in Interest Angel Maturino Resendiz as Plaintiff. (Docket Entry No. 25). The motion is granted.

Resendiz seeks a permanent injunction barring Texas from using its current lethal injection protocol. Resendiz is scheduled to be executed on June 27, 2006. No motion to stay the execution has been filed. If Resendiz intends to file a motion seeking a stay of execution, he must do so by **12:00 p.m. on June 25, 2006.** The state must file any response to such a motion by **12:00 p.m. on June 26, 2006.** Counsel is directed to file the motion electronically **and** to fax a copy to counsel for the Attorney General's office as well as to this court's case manager, Lisa Eddins, at 713-250-5213.

SIGNED on June 23, 2006, at Houston, Texas.

                                                    _____
                                                       Lee H. Rosenthal
                                             United States District Judge