IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGEL MATURINO RESENDIZ | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-CV-818 |
| | § | |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
| Defendants. | § | |

## ORDER

The State of Texas executed the plaintiff, Angel Matruino Resendiz, on June 27, 2006.

Rule 25(a) of the Federal Rules of Civil Procedure applies in the event of a party's death.

Once a suggestion of death exists, an action involving a claim that is not extinguished may

proceed in favor of a proper successor.  FED. R. CIV. P. 25(a).  Here, however, Resendiz's

death moots his request for injunctive relief, meaning that there is no continuing claim for

a successor to maintain.  Because Resendiz's death extinguished the claims raised by his

lawsuit, this case is dismissed.

SIGNED on June 28, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge